Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Findlay Arn, LLC d/b/a*
*Audi Reno Tahoe, Findlay Automotive Inc., and Justin*
*Findlay*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BARRY JAMES CHRISTENSEN II,<br><br>             Plaintiff,<br><br>    vs.<br><br>FINDLAY ARN, LLC d/b/a AUDI RENO TAHOE, FINDLAY AUTOMOTIVE INC., AND JUSTIN FINDLAY,<br><br>             Defendants. | Case No.: 3:24-CV-00371-ART-CLB<br><br>ORDER GRANTING<br>**DEFENDANT FINDLAY ARN, LLC DBA AUDI RENO TAHOE'S REQUEST FOR EXCEPTION TO ATTENDANCE OF INSURANCE CARRIER AT EARLY NEUTRAL EVALUATION SESSION** |

Defendant Findlay Arn, LLC d/b/a Audi Reno Tahoe ("Defendant") by and through its undersigned counsel, hereby respectfully submits this request to allow its insurance carrier representative to attend the Early Neutral Evaluation ("ENE") session scheduled for in person on August 4, 2025, before the Honorable Craig S. Denney, telephonically.

Pursuant to the Court's Order (ECF No. 27), where a party is subject to coverage by an insurance carrier, a representative of the insurance carrier, with authority to settle the matter up to the full amount of the claim, must personally attend the ENE, unless an exception is granted. Although Defendant, Plaintiff's former employer, is subject to coverage by an insurance carrier, the Self Insured Retention is six figures. Defendant does not believe that this lawsuit would resolve above its retention at this juncture.

/ / /

- 1 -

A telephonic appearance by Defendant's insurance carrier's representative will not inhibit or limit the parties' ability to negotiate or reach a potential settlement. Randee Anderson and Justin Findlay will be attending the ENE in-person. Randee Anderson has binding authority to settle this matter on Defendant's behalf. Randee Anderson is familiar with the claims alleged by Plaintiff and has extensive knowledge of the facts and circumstances surrounding Plaintiff's employment. Defendant's insurance carrier is confident in its insured's ability to negotiate a fair and final resolution of this matter.

If an exception to Defendant's insurance carrier's attendance requirement is granted, the claims representative will be available as needed telephonically for the entirety of the ENE. However, based on the allegations contained in Plaintiff's Complaint, and for reasons that will be discussed in detail in Defendant's ENE statement, Defendant believes the insurance policy's retention threshold far exceeds the value of Plaintiff's claims.

Defendant is confident in its ability to fully and in good faith participate in the ENE with the claims representative available telephonically. Based on the foregoing, Defendant respectfully requests that the Court's attendance requirement for Defendant's insurance carrier be waived, and that the Court approve Defendant's request to allow the claims representative to be available telephonically for August 4, 2025 ENE.

DATED this 28th day of July, 2025.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ Anthony L. Martin
Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendants Findlay Arn, LLC d/b/a Audi Reno Tahoe, Findlay Automotive Inc., and Justin Findlay*

IT IS SO ORDERED.

DATED: July 29, 2025.

_____
Craig S. Denney
United States Magistrate Judge

- 2 -